# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, LLC, an Arizona Limited Liability Company, | |
| Plaintiff, | Civil Action No.:6:24-cv-270 |
| v. | |
| T-MOBILE US, Inc., and T-MOBILE USA, Inc. | TRIAL BY JURY DEMANDED |
| Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Cutting Edge Vision, LLC certifies as follows:

1. Plaintiff does not have a parent corporation or subsidiary corporation; and
2. No publicly held corporation owns 10 % or more of Plaintiff's stock.

Dated: May 20, 2024           Respectfully submitted,

　　　　　　　　　　　　　　　　 _/s/ David N. Deaconson_

　　　　　　　　　　　　　　　　David N. Deaconson
　　　　　　　　　　　　　　　　Texas Card Bar #05673400
　　　　　　　　　　　　　　　　PAKIS, GIOTES, BURLESON & DEACONSON, P.C.
　　　　　　　　　　　　　　　　P.O. Box 58
　　　　　　　　　　　　　　　　Waco, TX  76703-0058
　　　　　　　　　　　　　　　　(254) 297-7300 Phone
　　　　　　　　　　　　　　　　(254) 297-7301 Facsimile

deaconson@pakislaw.com

*Local Counsel for Plaintiff*

and

Eamon Kelly
IL Bar No. 6296907
*Pro Hac Vice Pending*
SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200
Fax: (312) 641-6492
ekelly@sperling-law.com

Justin J. Lesko
IL Bar No. 6306428
*Pro Hac Vice Pending*
Steven G. Lisa
IL Bar No. 6187348
*Pro Hac Vice Pending*
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel.: (480) 442-0297
JustinLesko@patentit.com
SteveLisa@patentit.com

*Lead Counsel for Plaintiff*