IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, LLC,<br>an Arizona Limited Liability Company,<br><br>       Plaintiff,<br><br>  v.<br><br>T-MOBILE US, Inc., and<br>T-MOBILE USA, Inc.<br><br>       Defendants. | Civil Action No.:6:24-cv-270<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF RELATED CASES

Pursuant to the Court's Standard Ordered Governing Proceeding ("OGP") 4.4 – Patent Cases, Plaintiff provides the following notice regarding Waco Division cases that are related:

1. 6:22-CV-00285-ADA-DTG, Cutting Edge Vision, LLC, v. TCL Technology Group Corporation, et al;
2. 6:21-CV-00370-ADA, Cutting Edge Vision, LLC v. Sonim Technologies, Inc.

The above two (2) cases each concern the same patents-in-suit and/or patent family as those asserted in this case.

Dated: May 20, 2024          Respectfully submitted,

                                           /s/ David N. Deaconson

                                      David N. Deaconson
                                      Texas Card Bar #05673400
                                      Pakis, Giotes, Burleson & Deaconson, P.C.
                                      P.O. Box 58
                                      Waco, TX  76703-0058

(254) 297-7300 Phone
(254) 297-7301 Facsimile
deaconson@pakislaw.com

*Local Counsel for Plaintiff*

And

Justin J. Lesko
IL Bar No. 6306428
*Pro Hac Vice Pending*
Steven G. Lisa
IL Bar No. 6187348
*Pro Hac Vice Pending*
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel.: (480) 442-0297
JustinLesko@patentit.com
SteveLisa@patentit.com

*Lead Counsel for Plaintiff*

Eamon Kelly
IL Bar No. 6296907
*Pro Hac Vice Pending*
SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200
Fax: (312) 641-6492
ekelly@sperling-law.com