# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, LLC,<br><br>*Plaintiff*,<br><br>v.<br>T-MOBILE US, Inc., and<br>T-MOBILE USA, Inc.<br><br><br>*Defendants*. | Case No. 6:24-cv-270-AM-DTG |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("Defendants") file this Unopposed Motion for an Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint, filed May 20, 2024 (ECF No. 1). The current deadline for Defendants to respond to the Complaint is June 12, 2024. Defendants are seeking an extension, up to and through July 27, 2024. The Parties have met, conferred, and agreed on the extension, making the new deadline July 27, 2024.

In view of the foregoing, Defendants respectfully request that the Court grant this unopposed motion and extend the deadline to move, answer or otherwise respond to the Complaint up to and through July 27, 2024.

2

Dated:  May 23, 2024                                  Respectfully submitted,

By: /s/ Melissa R. Smith

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com


*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 23, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

Counsel for Defendants met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff does not oppose to the relief sought by this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

sf-4486973