FILED

MAY 31 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CUTTING END VISION, LLC, | § § § | |
| Plaintiff, | § | Case No. WA-24-CV-270-AM-DTG |
| v. | § § § | |
| T-MOBILE US, INC., *et al.*, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court are Motions to Appear *Pro Hac Vice* on behalf of Plaintiff Cutting Edge Vision, LLC by Attorneys Steven Lisa, Justin Lesko, and Eamon Kelly. (ECF Nos. 9, 10, 14.)

The Motions detail multiple instances in which the attorneys have appeared *pro hac vice* in this division in the last three years. (*Id.*) It is the policy of the undersigned to allow such appearances in limited circumstances a very small number of times. Attorneys Lisa, Leska, and Kelly are past that.

Accordingly, the Motions are DENIED. Attorneys Lisa, Lesko, and Kelly shall apply for admission to the bar of this district if they wish to appear on this or any future case.

All orders and deadlines issued by the undersigned or Magistrate Judge Gilliland shall remain in full force and effect.

SIGNED and ENTERED on this 31st day of May 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE