IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>T-MOBILE US, Inc., and<br>T-MOBILE USA, Inc.,<br><br>   Defendants. | Civil Action No.: 6:24-cv-270-AM-DTG<br><br>TRIAL BY JURY DEMANDED |

**JOINT MOTION TO STAY CASE PENDING MEDIATION**

  The parties, Plaintiff Cutting Edge Vision, LLC, and Defendants, T-Mobile US, Inc. and T-Mobile USA, Inc., hereby jointly move to stay this case for 45 days pending participation of the parties in mediation. The purpose of the stay is for the parties to focus on the mediation process rather than trying to meet the current discovery, claim construction, and expert report deadlines. The parties are currently attempting to schedule the mediation within the 45-day period of the stay. Accordingly, the parties also hereby move to extend the schedule as set forth in Exhibit A, attached hereto.

508914329.1

**Respectfully Submitted By:**

| | |
|---|---|
| /s/ David N. Deaconson | /s/ Melissa R. Smith |
| David N. Deaconson | Melissa R. Smith |
| Texas Card Bar #05673400 | Texas Bar #24001351 |
| PAKIS, GIOTES, BURLESON & DEACONSON, P.C. | GILLAM & SMITH, LLP |
| P.O. Box 58 | 303 South Washington Avenue |
| Waco, TX 76703-0058 | Marshall, Texas 75670 |
| (254) 297-7300 Phone | Telephone: (903) 934-8450 |
| (254) 297-7301 Facsimile | Facsimile: (903) 934-9257 |
| deaconson@pakislaw.com | Email: melissa@gillamsmithlaw.com |
| *Local Counsel for Plaintiff* | *Local Counsel for Defendants T-Mobile USA, Inc. and T-Mobile US, Inc.* |

and

Eamon Kelly
IL Bar No. 6296907
*Admitted in the Western District of Texas*
SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200
Fax: (312) 641-6492
ekelly@sperling-law.com

Theodore J. Angelis
Elizabeth J. Weiskopf
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel. (206) 623-7580
Fax (206) 623-7022
Theo.Angelis@klgates.com
Elizabeth.Weiskopf@klgates.com

*Lead Counsel for Defendants T-Mobile USA, Inc. and T-Mobile US, Inc.*

Justin J. Lesko
IL Bar No. 6306428
*Admitted in the Western District of Texas*
Steven G. Lisa
IL Bar No. 6187348
*Admitted in the Western District of Texas*

Law Offices of Lisa & Lesko, LLC
332 South Michigan Avenue, Suite 900
Chicago, IL 60605
Tel.: (773) 484-3285
JustinLesko@patentit.com
SteveLisa@patentit.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above document has been delivered to all counsel of record through the Court's CM/ECF service on this 17th day of January 2025:

                                          */s/ David N. Deaconson*
                                          David N. Deaconson

508914329.1