# EXHIBIT 4

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | | |
|---|---|---|---|---|
| Title | : AUTOMATIC UPLOAD OF PICTURES FROM A CAMERA | | | |
| Serial. No. | : 14/950,370 | Confirmation No. | : | 6709 |
| Applicant | : Jeffrey C. Konicek | TC/A.U. | : | 2852 |
| Filed | : November 23, 2015 | Examiner | : | Rodney E. Fuller |
| | | | | |
| Docket No. | : Torpere-F04-512 | | | |
| Customer No. | : 107554 | | | |

---

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

**SUPPLEMENTAL AMENDMENT TO THE CLAIMS**

Dear Examiner:

In view of subject matter the Examiner found allowable in related Application No. 15,188,736, Applicant files herewith a supplemental amendment to the claims to also place the claims herein in condition for allowance. This amendment supplements Applicant's response to non-final office action and related amendments timely filed on December 20, 2017.

**Amendments to the Claims** begin on page 2 below.

**Applicant's Interview Summary and Remarks** begin on page 9 below.

**AMENDMENTS TO THE CLAIMS**

This listing of claims will replace all prior versions, and listings, of claims in the application.

1 – 20. (Canceled)

21. (Currently Amended) A camera system comprising:

    (a) a lens;

    (b) a ~~WIFI~~ cellular interface;

    (c) an image sensor configured to take pictures;

    (d) a non-volatile local memory configured to store one or more pictures;

    (e) a touch sensitive display, ~~configured to display:~~

~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and~~

~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the WIFI interface;~~

    (f) ~~the~~ a controller configured to:

        (i) receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees;

        (ii) automatically connect to ~~the~~ a remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the ~~WIFI~~ cellular interface, after ~~predetermined conditions are met, the predetermined conditions including~~ receiving:

            (1) data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option, ~~an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and~~

            (2) an indication that the system is connected to the internet via the ~~WIFI~~ cellular interface; and

   <u>(3) an indication from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the remote picture hosting service.</u>

 (g) a wireless cellular interface;

 (h) the touch-sensitive display further configured to display a user-selectable menu option to enable the controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the wireless cellular interface;

 (i) the controller further configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the wireless cellular interface, after predetermined conditions are met, the predetermined conditions including receiving:

   (1) an indication that the menu options of elements (e)(1) and (h) have been enabled; and

   (2) an indication that the system is connected to the internet via the wireless cellular interface.

22. (Canceled).

23. (Previously Presented) The camera system of claim 21 wherein the remote picture hosting service is associated with an email account.

24. (Previously Presented) The camera system of claim 21 further comprising:

 (g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

 (h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

25. (Previously Presented) The camera system of claim 21, wherein the remote picture hosting service includes printing services.

3

26. (Previously Presented) The camera system of claim 21 further comprising a camera body and a stylus housed within the camera body.

27. (Currently Amended) The camera system of claim 21, wherein the controller is further configured ~~with a picture editor for~~to ~~creating~~ create and ~~storing~~ store a picture sequence file in the non-volatile memory, the picture sequence file comprising:
        (1) a first picture taken with the image sensor and stored in the non-volatile memory;
        (2) a second picture taken with the image sensor and stored in the non-volatile memory;
        (3) data from a sound file downloaded via the WIFI interface and stored in the non-volatile memory.

28. (Previously Presented) The camera system of claim 27, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via the WIFI interface.

29. (Previously Presented) The camera system of claim 21 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.

30. (Currently Amended) The camera system of claim 21 further comprising:
    (g) first and second microphones facing different directions and configured to receive and detect sound signals; and
    (h) a detector coupled to the microphones and configured to receive, process and combine sound signals detected at the microphones. ~~A camera system comprising:~~
    ~~(a) a lens;~~
    ~~(b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface;~~
    ~~(c) an image sensor configured to take pictures;~~
    ~~(d) a non-volatile memory configured to store one or more pictures;~~
    ~~(e) a touch-sensitive display configured to display:~~

4

~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and~~

~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory; and~~

~~(f) the controller configured to:~~

~~(1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via one of the two or more network interfaces, after predetermined conditions are met, the predetermined conditions including receiving:~~

~~(i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and~~

~~(ii) an indication that the system is connected to the internet via at least one of the two or more network interfaces; and~~

~~(2)      cause the upload to occur via the WIFI interface if the system is connected to the internet via both the WIFI interface and the wireless cellular interface.~~

31. (Currently Amended) The camera system of claim 30 wherein the ~~remote picture hosting service is associated with an email account~~ <u>detector is coupled to a voice recognizer</u>.

32. (Currently Amended) The camera system of claim ~~30~~ <u>21</u> further comprising:

   (g) <u>the non-volatile local memory configured to maintain and store a plurality of recognizable words having different plain meanings and commonly associated with taking a picture, the recognition of any of which will cause the camera to take a picture,</u>

   <u>(h) the controller including a control program having instructions to control and respond to a voice recognizer;</u>

   <u>(i) the</u>~~a~~ voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to <u>receive a first and a second human sound spoken by the same person, wherein the voice recognizer is operable to recognize using speaker-independent voice-recognition;</u>

5

<u>(i) the first human sound as a first human spoken word from among the plurality, the recognized first human spoken word being assigned by the control program to be a command for the camera to take a picture, and</u>

<u>(ii) the second human sound as a second human spoken word from among the plurality, the recognized second human spoken word being different from the first human spoken word and also simultaneously assigned by the control program to be the same camera command to take a picture</u><s>recognize one or more words associated with an operation for the camera;</s>

<s>(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.</s>

33. (Currently Amended) The camera system of claim <s>30</s><u>32</u>, wherein the <u>voice recognizer is configured to receive and process a third human sound to be recognized as a third word that is different from the first and second words and is used by the control program to perform a second camera command</u><s>remote picture hosting service includes printing services</s>.

34. (Currently Amended) The camera system of claim <s>30</s> <u>33, wherein the controller is configured to delay the second camera command for an intentional period of time after the voice recognizer recognizes the third word</u><s>further comprising a camera body and a stylus housed within the camera body</s>.

35. (Currently Amended) The camera system of claim <s>30</s><u>32</u>, wherein <u>one of the words is "snap."</u> <s>the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising:</s>
<s>(1) a first picture taken with the image sensor and stored in the non-volatile memory;</s>
<s>(2) a second picture taken with the image sensor and stored in the non-volatile memory;</s>
<s>(3) data from a sound file downloaded via one of the two or more interfaces and stored in the non-volatile memory.</s>

36. (Currently Amended) The camera system of claim ~~35~~32, wherein <u>one of the words is "cheese."</u> ~~the controller is further configured to upload the picture sequence file to the remote picture hosting service via one of the two or more interfaces.~~

37. (Currently Amended) The camera system of claim ~~30~~ <u>21</u> wherein the controller is configured to <u>cause uploaded pictures to thereafter be transmitted to another party</u>~~receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service~~.

38. (Currently Amended) A camera system comprising:

    (a) a lens;

    (b) ~~two or more network interfaces, including at least a WIFI interface and~~ a ~~wireless~~ cellular interface;

    (c) an image sensor configured to take pictures;

    (d) a non-volatile memory configured to store one or more pictures;

    (e) a touch sensitive display ~~configured to display:~~

        ~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service;~~

        ~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via at least one of the network interfaces;~~

    ~~(3) a user-selectable menu option to enable the controller to automatically connect to a home computer and upload designated pictures stored in the non-volatile memory via the WIFI interface~~; and

    (f) ~~the~~ <u>a</u> controller configured to

        (1) <u>receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees;</u>

        <u>(2)</u> automatically connect to ~~the~~ <u>a</u> remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via ~~at least one of the network~~<u>the cellular</u> interface~~s~~, after

7

~~predetermined conditions are met, the predetermined conditions including at least~~ receiving:

    (i) <u>data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option</u>~~an indication that the menu options of elements (e)(1) and (e)(2) have been enabled~~;

    (ii) an indication that the system is connected to the internet via ~~either of~~ the ~~network~~ <u>cellular</u> interface~~s~~ to the remote picture hosting service; <u>and</u>

    <u>(iii) an indication from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the remote picture hosting service;</u>

(~~2~~<u>3</u>)      automatically ~~connect to the home computer and~~ cause an upload of one or more pictures stored in the non-volatile memory to ~~the~~ <u>a</u> home computer via the ~~WIFI~~ <u>cellular</u> interface, after predetermined conditions are met, the predetermined conditions including at least receiving:

    (i) <u>data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option</u>~~an indication that the menu options of elements (e)(1) and (e)(3) have been enabled~~; <u>and</u>

    (ii) an indication <u>from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the home computer</u>~~that the system is connected to the home computer via the WIFI interface~~.

39. (Previously Presented) The camera system of claim 38 further comprising:

    (g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

    (h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

40. (Previously Presented) The camera system of claim 38 further comprising a camera body and a stylus housed within the camera body.

8

## INTERVIEW SUMMARY AND REMARKS

On January 30, 2018, Examiner Rodney Fuller and the undersigned counsel of record Justin Lesko conducted a brief interview. During the interview, Mr. Lesko pointed out that the Examiner issued a notice of allowance in related Application No. 15/188,736 ("the '736 Application") on January 19, 2018. Although Applicant maintains that the claims filed with Applicant's Response to NFOA dated December 20, 2017 are patentable, Mr. Lesko proposed that (in the interest of compact and efficient prosecution) an amendment to the claims should be filed in the present case to include the allowable subject matter from the '736 Application, which would result in prompt allowance. The Examiner agreed and instructed Applicant to file a supplemental amendment herein.

Accordingly, without prejudice or disclaimer of the previously claimed subject matter, which Applicant expressly reserves the right to pursue in one more continuation applications, Applicant has amended the claims as set forth herein to claim allowable subject matter from the '736 Application.

In view of the above, Applicant believes that claims 21 and 23-40 are in condition for allowance. If the Examiner has any questions or believes an interview would expedite prosecution of this case, please contact the undersigned.

Respectfully Submitted,

/Justin J. Lesko/

Justin J. Lesko
Reg. No. 69,643

Dated: February 8, 2018

Law Offices of Steven G. Lisa, Ltd.
55 East Monroe Street Suite 3800
Chicago, IL 60603
Telephone: (773) 484-3285

*Attorney for Applicant*