# EXHIBIT 10



TMO_CEV_CC_000785

*R. J. Rogers*

# MACMILLAN English DICTIONARY

## FOR ADVANCED LEARNERS

## Second Edition




TMO_CEV_CC_000786

Macmillan Education
Between Towns Road, Oxford OX4 3PP
A division of Macmillan Publishers Limited
Companies and representatives throughout the world

ISBN
978 1405 02628 4    Paperback edition
978 1405 02526 3    Paperback edition + CD-ROM
978 0230 02545 5    Hardback edition
978 0230 02546 2    Hardback edition + CD-ROM

Text © A&C Black Publishers Ltd 2007
Illustrations © Macmillan Publishers Limited 2007
and © Martin Shovel 2007

First published 2002
Second edition 2007

All rights reserved; no part of this publication may be reproduced, stored in a retrieval system, transmitted in any form, or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publishers.

The *Macmillan English Dictionary* was conceived, compiled and edited by the Reference and Electronic Media Division of Bloomsbury Publishing Plc.

This Dictionary includes words on the basis of their use in the English language today. Some words are identified as being trademarks or service marks. Neither the presence nor absence of such identification in this Dictionary is to be regarded as affecting in any way, or expressing a judgement on, the validity or legal status of any trademark, service mark, or other proprietary rights anywhere in the world.

World English Corpus
The definitions in the *Macmillan English Dictionary* have been based on information derived from 200 million words of English which make up the World English Corpus. This consists of the Bloomsbury Corpus of World English® (owned by A&C Black Publishers Ltd) with additional material exclusively developed for this Dictionary, including ELT materials and a corpus of common errors made by learners of English.

Cover design by Boag Associates, London, United Kingdom
Typeset by Input Data Services Ltd, Frome, United Kingdom
Printed and bound in China

2011  2010  2009  2008  2007
10  9  8  7  6  5  4  3  2

TMO_CEV_CC_000787

**incomprehensible** /ˌɪnkɒmprɪˈhensəb(ə)l/ adj ≠ COMPREHENSIBLE ♦ I find it impossible to understand why nothing has yet been done about this. — **incomprehensibly** adv

**incomprehension** /ˌɪnkɒmprɪˈhenʃ(ə)n/ noun [U] the condition of not being able to understand = COMPREHENSION: a look of total incomprehension

**inconceivable** /ˌɪnkənˈsiːvəb(ə)l/ adj 1 impossible to think about or imagine = UNIMAGINABLE: a nuclear accident with inconceivable consequences 2 so unlikely as to be difficult to believe: It is inconceivable that he would lose his job. — **inconceivably** adv

**inconclusive** /ˌɪnkənˈkluːsɪv/ adj not producing a definite result or complete proof of something ≠ CONCLUSIVE — **inconclusively** adv

**incongruity** /ˌɪnkɒŋˈɡruːəti/ noun [U] the quality of being very different to other things which happen or exist in the same situation and therefore appearing to be strange: the incongruity between de Gaulle's ambitions and the needs of the nation a. something which seems strange because of being very different to other things which happen or exist in the same situation

**incongruous** /ɪnˈkɒŋɡruəs/ adj strange because of being very different to other things which happen or exist in the same situation = ODD — **incongruously** adv

**inconsequential** /ɪnˌkɒnsɪˈkwenʃ(ə)l/ adj not important = UNIMPORTANT: an inconsequential detail

**inconsiderable** /ˌɪnkənˈsɪdərəb(ə)l/ adj formal small, or unimportant = INSIGNIFICANT: not inconsiderable a not inconsiderable sum of money

**inconsiderate** /ˌɪnkənˈsɪdərət/ adj not thinking about other people and their feelings = THOUGHTLESS ≠ CONSIDERATE — **inconsiderately** adv

**inconsistency** /ˌɪnkənˈsɪstənsi/ noun 1 [C] something that does not match something else: There were some inconsistencies in his story. 2 [U] the state of being inconsistent

**inconsistent** /ˌɪnkənˈsɪstənt/ adj 1 containing parts that do not match each other ≠ CONSISTENT: an inconsistent account of what happened 2 not always behaving in the same way or producing the same results ≠ CONSISTENT: Why is the Minister so inconsistent in his approach to animal welfare?
**PHRASE** inconsistent with if something is inconsistent with something else, it does not match it: measures that are inconsistent with government policy

**inconsolable** /ˌɪnkənˈsəʊləb(ə)l/ adj so unhappy or disappointed that no one can make you feel better

**inconspicuous** /ˌɪnkənˈspɪkjuəs/ adj not easily seen or not attracting attention ≠ NOTICEABLE — **inconspicuously** adv

**inconstant** /ɪnˈkɒnstənt/ adj formal 1 someone who is inconstant is not loyal and cannot be trusted, especially in a personal relationship = UNFAITHFUL: an inconstant lover 2 likely to change frequently and not regular: inconstant and low paid work — **inconstancy** noun [U]

**incontestable** /ˌɪnkənˈtestəb(ə)l/ adj formal clearly true or certain, and therefore impossible to disagree with = INDISPUTABLE: incontestable proof — **incontestably** adv

**incontinent** /ɪnˈkɒntɪnənt/ adj 1 unable to control your BLADDER or BOWELS ≠ CONTINENT 2 formal incontinent behaviour or emotion is not controlled well — **incontinence** noun [U]

**incontrovertible** /ˌɪnkɒntrəˈvɜː(r)təb(ə)l/ adj formal true and impossible to doubt = INDISPUTABLE: incontrovertible evidence — **incontrovertibly** adv

**inconvenience¹** /ˌɪnkənˈviːniəns/ noun [C/U] an annoying problem or situation, especially one that forces you to make an extra effort to do something: the inconveniences of life in the smaller and more remote villages ♦ We apologize for the inconvenience caused to passengers. ♦ Travellers are complaining of having to suffer the inconvenience of delayed flights.

**inconvenience²** /ˌɪnkənˈviːniəns/ verb [T] to cause difficulties for someone

**inconvenient** /ˌɪnkənˈviːniənt/ adj causing difficulties or extra effort ≠ CONVENIENT: Have I come at an inconvenient time? ♦ Many of those who didn't cast ballots said it was inconvenient to vote. — **inconveniently** adv

**incorporate** /ɪnˈkɔː(r)pəreɪt/ verb ★★
1 [T] to add or include something as a part of something else, for example as a part of an arrangement or a document = INCLUDE: **incorporate sth into/in sth** The Government incorporated this principle into the 1977 law. 1a. to include something as a part or as a quality: The course incorporates a strong German language element. ♦ Our electrical equipment incorporates all the latest safety features.
2 [I/T] BUSINESS to form a CORPORATION (=a company that can raise money by selling shares)

**incorporation** /ɪnˌkɔː(r)pəˈreɪʃ(ə)n/ noun [U]

**incorporated** /ɪnˈkɔː(r)pəˌreɪtɪd/ adj BUSINESS an incorporated company has the legal status of a CORPORATION

**incorrect** /ˌɪnkəˈrekt/ adj ★ wrong, or not accurate or true ≠ CORRECT: an incorrect answer — **incorrectly** adv — **incorrectness** noun [U]

**incorrigible** /ɪnˈkɒrɪdʒəb(ə)l/ adj often humorous someone who is incorrigible does bad things or has bad habits and will not change: an incorrigible flirt

**incorruptible** /ˌɪnkəˈrʌptəb(ə)l/ adj 1 not capable of being persuaded to do anything illegal or immoral 2 a thing that is incorruptible will not decay or cannot be destroyed — **incorruptibility** /ˌɪnkəˌrʌptəˈbɪləti/ noun [U]

**increase¹** /ɪnˈkriːs/ verb ★★★ [I] to become larger in amount or number = GO UP: Our costs increased dramatically over the last decade. ♦ **+by** The population has increased by 15 per cent. ♦ **+in** The club has been increasing in popularity. ♦ **+with** The chances of having twins increase with a mother's age. ♦ an increasing number/proportion etc An increasing number of people are choosing not to have children. a. [T] to make something become larger in amount or number: We have managed to increase the number of patients treated. ♦ Sunbathing increases your risk of getting skin cancer

**Other ways of saying increase**

**be/go up** to increase: used for talking about prices or levels: House prices went up a further 12 per cent last year.

**push up** to make something increase: used for talking about prices or levels. It is feared that the new taxes will push up fuel prices.

**rise** to increase: The number of complaints rose to record levels.

**soar** to increase quickly and to a very high level: used mainly in journalism: Share prices have soared to an all-time high.

**rocket** or **skyrocket** (informal) to increase quickly and suddenly: used mainly in journalism: Bad weather means fresh fruit prices are set to rocket.

**mount** to increase steadily: The chairman is under mounting pressure to resign.

**be on the increase** to be increasing steadily: New cases of breast cancer seem to be on the increase.

**double** to increase to twice the original amount or level: Oil prices have more than doubled since last year.

**treble** to increase to three times the original amount or level: The last six months have seen the company's value treble.

**increase²** /ˈɪŋkriːs/ noun [C/U] ★★★ a rise in the number, amount, or degree of something: **+in** There has been a significant increase in the number of young people who smoke. ♦ **price/tax/wage increase** Sales have been good despite last year's price increases. ♦ **be on the increase** (=be increasing) Workplace stress is on the increase.

**Collocation**

Adjectives frequently used with **increase**
▪ dramatic, huge, large, marked, massive, sharp, significant, substantial

Verbs frequently used with **increase** as the object
▪ achieve, cause, produce, receive, report, represent, show

TMO_CEV_CC_000788

**increased**

**Get it right: increase**
Don't use *increase of* when you want to say what is increasing. Use *increase in*:

✗ *Is gun ownership connected with the increase of violent crime?*
✓ *Is gun ownership connected with the increase in violent crime?*
✗ *The depletion of the ozone layer could cause a serious increase of skin cancer.*
✓ *The depletion of the ozone layer could cause a serious increase in skin cancer.*

Use *increase of* with a number or percentage when you want to talk about the amount by which something increases:
*There has been an increase of nearly 30% in spending on hospitals.*

→ DECREASE

**increased** /ɪnˈkriːst/ adj ★★★ greater in size, amount, or degree: *Passive smoking can lead to an increased risk of lung cancer.*

**Collocation**
Nouns frequently used with **increased**
■ awareness, competition, concentration, demand, efficiency, expenditure, incidence, risk

**increasingly** /ɪnˈkriːsɪŋli/ adv ★★★ more and more over a period of time: *Her job has become increasingly difficult.* ♦ *Increasingly, people are retiring younger.*

**Collocation**
Adjectives frequently used with **increasingly**
■ common, competitive, concerned, difficult, important, popular

**incredible** /ɪnˈkredəb(ə)l/ adj ★ surprising, or difficult to believe = UNBELIEVABLE: *They all have incredible stories to tell.* ♦ *his incredible journey to safety* ♦ *an incredible feat of engineering* ♦ **quite/absolutely incredible** *It was built in a year, which seems absolutely incredible.* **a.** used for showing that you are surprised, angry, or disappointed about something: *It's incredible. I only left my car for a moment.* ♦ **it is incredible that** *It is really quite incredible that he is unaware of such basic facts.* **b.** used about something that is extremely good: *What an incredible performance that was.* ♦ *Thanks, guys – you've been incredible.* **c.** used for saying how great or extreme something is: *an incredible amount of money* ♦ *They're under incredible pressure at the moment.*

**incredibly** /ɪnˈkredəbli/ adv ★
1 extremely: *It was incredibly difficult to fit everyone in.*
2 used for saying that something is difficult to believe: *Incredibly, his wife did not know the truth.*

**incredulity** /ˌɪnkrəˈdjuːləti/ noun [U] a feeling of not being able to believe something or of not wanting to believe it

**incredulous** /ɪnˈkredjʊləs/ adj not able to believe something, or not wanting to believe it **a.** showing that you find something hard to believe: *Dan's voice was incredulous.* —**incredulously** adv

**increment** /ˈɪŋkrəmənt/ noun [C] one in a series of increases in amount or value, especially a regular increase in pay: *annual increments*

**incremental** /ˌɪŋkrɪˈment(ə)l/ adj increasing gradually

**incriminate** /ɪnˈkrɪmɪneɪt/ verb [T] to show or make you think that someone is guilty of a crime: *Be careful you don't say anything to incriminate yourself.* ♦ *No incriminating evidence was found.*

**the in-crowd** noun a small group of people who are considered fashionable or important and who allow only very few people to join them

**incubate** /ˈɪŋkjʊbeɪt/ verb [I/T] 1 BIOLOGY if a bird incubates its eggs, or if they incubate, it keeps them warm until the young birds inside come out **1a.** if you incubate cells or MICROORGANISMS, or if they incubate, they are kept at a particular temperature so that they will grow 2 MEDICAL if you incubate a disease, or if it incubates, it develops inside your body until it becomes noticeable 3 if you incubate an idea or a plan, or if it

incubates, it develops gradually —**incubation** /ˌɪŋkjʊˈbeɪʃ(ə)n/ noun [U]

**incuˈbation period** noun [C] 1 MEDICAL the amount of time that it takes for the signs of an infection to become noticeable 2 BIOLOGY the amount of time that it takes for eggs or cells to develop

**incubator** /ˈɪŋkjʊˌbeɪtə(r)/ noun [C] 1 a piece of hospital equipment that ill or PREMATURE babies lie in to be kept warm and given treatment 2 a piece of equipment used for keeping eggs, cells, or MICROORGANISMS at a particular temperature 3 a place that encourages something to develop, especially new business = HOTHOUSE

**incubus** /ˈɪŋkjʊbəs/ (plural **incubi** /ˈɪŋkjʊbaɪ/) noun [C] 1 *literary* a cause of worry, especially a bad dream 2 a male evil spirit that people used to think had sex with sleeping women

**inculcate** /ˈɪnkʌlkeɪt/ verb [T] *formal* to fix an idea or belief firmly in someone's mind, especially by repeating it often —**inculcation** /ˌɪnkʌlˈkeɪʃ(ə)n/ noun [U]

**incumbency** /ɪnˈkʌmbənsi/ noun [C] *formal* an official position **a.** [C/U] the fact of having an official position, or the time during which someone has it

**incumbent¹** /ɪnˈkʌmbənt/ noun [C] *formal* someone who has an official position: *the campaign to re-elect the incumbent*

**incumbent²** /ɪnˈkʌmbənt/ adj *formal* holding an official position at the present time: *the incumbent president*
**PHRASE** **be incumbent on/upon sb to do sth** *formal* to be someone's duty or responsibility to do something

**incur** /ɪnˈkɜː(r)/ verb [T] ★
1 to lose money, owe money, or have to pay money as a result of doing something: **incur costs/expense/expenses** *She may have to meet any costs incurred as a result of the delay.* ♦ **incur a debt** *They are not personally liable for debts incurred by a partner.* ♦ **incur a loss** *The company has incurred huge losses over the past three years.*
2 to experience something unpleasant as a result of something that you have done: *Each stage of the process incurs an additional risk.* ♦ **incur someone's wrath/displeasure** (=make someone angry) *I do not wish to incur his wrath by repeating the allegations.* ♦ **incur a penalty** *Kicking an opponent incurs a 25-point penalty.*

**incurable** /ɪnˈkjʊərəb(ə)l/ adj 1 not able to be cured ≠ CURABLE: *an incurable illness/disease* 2 not able to be changed: *an incurable romantic* —**incurable** noun [C] —**incurably** adv

**incurious** /ɪnˈkjʊəriəs/ adj *literary* not interested in knowing about something

**incursion** /ɪnˈkɜː(r)ʃ(ə)n/ noun [C] 1 a sudden attack on an area controlled by other people 2 a situation in which someone or something enters an area where they do not belong

**incus** /ˈɪŋkəs/ noun [singular] MEDICAL a small bone in your MIDDLE EAR between the MALLEUS and the STAPES

**Ind.** abbrev 1 Independent 2 India 3 Indian

**indaba** /ɪnˈdɑːbə/ noun [C] *South African* 1 a political meeting, especially one that involves African people 2 *informal* a problem or serious worry

**indebted** /ɪnˈdetɪd/ adj 1 grateful to someone for their help: **+to** *We are indebted to all who made this such a successful day.* 2 owing money: *one of the poorest and most indebted nations* —**indebtedness** noun [U]

**indecency** /ɪnˈdiːs(ə)nsi/ noun [U] 1 LEGAL a crime involving offensive sexual behaviour: *an act of gross indecency* 2 the offensive or shocking nature of something

**indecent** /ɪnˈdiːs(ə)nt/ adj 1 offensive or shocking, especially in a sexual way = RUDE: *indecent photographs* ♦ **indecent haste** *She accepted the offer with almost indecent haste.* 2 not polite = RUDE —**indecently** adv

**inˌdecent asˈsault** noun [C/U] LEGAL a sexual attack that does not involve RAPE

**inˌdecent exˈposure** noun [U] LEGAL the crime of deliberately showing your sexual organs in a public place

**indecipherable** /ˌɪndɪˈsaɪf(ə)rəb(ə)l/ adj impossible to read or understand = INCOMPREHENSIBLE

**indecision** /ˌɪndɪˈsɪʒ(ə)n/ noun [U] the feeling that you are unable to make a decision

TMO_CEV_CC_000789