**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| CUTTING EDGE VISION, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>T-MOBILE US, Inc., and<br>T-MOBILE USA, Inc.,<br><br>      Defendants. | Civil Action No.: 6:24-cv-270-AM-DTG<br><br>TRIAL BY JURY DEMANDED |

**CLAIM CONSTRUCTION ORDER**

Before the Court are the Parties' claim construction briefs: Defendant's Opening Claim Construction Brief (ECF No. 42), Plaintiff's Responsive Claim Construction Brief (ECF No. 44), Defendants' Reply Claim Construction Brief (ECF No. 48), Plaintiffs' Sur-Reply (ECF No. 49), and the Joint Claim Construction Statement (ECF No. 50). On April 29, 2025, the Court provided the parties with its Preliminary Claim Constructions, and on April 30, 2025, the Court held a *Markman* hearing. The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court will issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings under Federal Rules of Civil Procedure 59 and 72 does not begin to run until the more-detailed Order is entered on the docket.

**IT IS SO ORDERED.**

**SIGNED THIS 12TH DAY OF MAY, 2025.**

_____

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

| Claim Term | CEV's Proposed Construction | T-Mobile's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "cellular network access fees" / "increased cellular network access fees"<br><br>(Claims 1-4 and 16 of the '761 Patent / Claims 1, 2, 5, and 6 of the '472 Patent)<br><br>(Proposed by T-Mobile) | Plain and ordinary meaning, no construction necessary. | Ordinary and customary meaning, *i.e.*, "cellular network access fees" is different from "increased cellular network access fees," and "increased" requires a fee beyond the cellular network access fee. | Plain and ordinary meaning. |
| "(f) a controller configured to: (i) receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees: (ii) automatically connect to a remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the cellular interface, after receiving: (1) data from the cellular interface used by | Not 112 ¶6. Plain and ordinary meaning. | Subject to §112, ¶ 6, indefinite under §112, ¶ 2.<br><br>Functions: (i) receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees: (ii) automatically connect to a remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the cellular interface, after receiving: (1) data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option, (2) an indication that the system is connected to the internet via the cellular interface; and (3) an indication from the local | Not 112 ¶6. Plain and ordinary meaning. |

| | | | |
|---|---|---|---|
| **the controller to determine that the upload is allowed based on the selected upload option, (2) an indication that the system is connected to the internet via the cellular interface; and (3) an indication from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the remote picture hosting service"**<br><br>(Claims 1-4 and 16 of the '761 Patent)<br><br>(Proposed by T-Mobile) | | memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the remote picture hosting service."<br><br>Structure: No structure disclosed sufficient for performing the functions claimed | |
| **"(f) a controller . . . configured to: (i) receive, via the touch sensitive display, a user selection of an upload option that instructs the camera system to confine automatic picture upload to periods without potentially increased cellular network access fees; (ii) automatically** | Not 112 ¶6. Plain and ordinary meaning. | Subject to §112, ¶ 6, indefinite under §112, ¶ 2.<br><br>Functions: (i) receive, via the touch sensitive display, a user selection of an upload option that instructs the camera system to confine automatic picture upload to periods without potentially increased cellular network access fees; (ii) automatically connect to a picture hosting service that is internet based and enable an upload to the picture hosting service, over the internet and via the | Not 112 ¶6. Plain and ordinary meaning. |

| | | | |
|---|---|---|---|
| **connect to a picture hosting service that is internet based and enable an upload to the picture hosting service, over the internet and via the cellular interface, of a group of image sensor-captured pictures stored in the local memory, during any period detected by the controller in which all three of the following conditions are met: (1) the upload is allowed because the system is within one of the periods without potentially increased cellular network access fees, as determined using data from the cellular interface, (2) the system is connected to the internet via the cellular interface; and (3) at least one image sensor-captured picture stored in the local memory has been designated through the touch sensitive display as part of the group of pictures to be uploaded to the picture hosting service."** | | cellular interface, of a group of image sensor-captured pictures stored in the local memory, during any period detected by the controller in which all three of the following conditions are met: (1) the upload is allowed because the system is within one of the periods without potentially increased cellular network access fees, as determined using data from the cellular interface, (2) the system is connected to the internet via the cellular interface; and (3) at least one image sensor-captured picture stored in the local memory has been designated through the touch sensitive display as part of the group of pictures to be uploaded to the picture hosting service."  Structure: No structure disclosed sufficient for performing the functions claimed | |

5

| | | | |
|---|---|---|---|
| (Claims 1 and 2 of the '472 Patent)<br><br>(Proposed by T-Mobile) | | | |
| **"(f) a controller . . . configured to: (i) display on the touch sensitive display a user-selectable input that instructs the camera system to confine automatic picture upload to periods without potentially increased cellular network access fees; (ii) automatically connect to a picture hosting service that is internet-based and enable an upload to the picture hosting service, over the internet and via the cellular interface, of a group of image sensor-captured pictures stored in the local memory, during any period detected by the controller in which all the following conditions are met: (1) the controller has received from the display a selection of the user-selectable input that instructs** | Not 112 ¶6. Plain and ordinary meaning. | Subject to §112, ¶ 6, indefinite under §112, ¶ 2.<br><br>Functions: (i) display on the touch sensitive display a user-selectable input that instructs the camera system to confine automatic picture upload to periods without potentially increased cellular network access fees; (ii) automatically connect to a picture hosting service that is internet-based and enable an upload to the picture hosting service, over the internet and via the cellular interface, of a group of image sensor-captured pictures stored in the local memory, during any period detected by the controller in which all the following conditions are met: (1) the controller has received from the display a selection of the user-selectable input that instructs the camera system to confine automatic picture uploads to periods without potentially increased cellular network access fees; (2) the controller has confirmed that the camera system is within a period without potentially increased cellular network access fees, as determined using data from the cellular interface; (3) the system has a connection to the internet | Not 112 ¶6. Plain and ordinary meaning. |

| | | | |
|---|---|---|---|
| **the camera system to confine automatic picture uploads to periods without potentially increased cellular network access fees; (2) the controller has confirmed that the camera system is within a period without potentially increased cellular network access fees, as determined using data from the cellular interface; (3) the system has a connection to the internet via the cellular interface; and (4) at least one image sensor-captured picture stored in the local memory has been designated through the touch sensitive display as part of the group of image sensor-captured pictures to be uploaded to the picture hosting service.”**<br><br>(Claims 5 and 6 of the '472 Patent)<br><br>(Proposed by T-Mobile) | | via the cellular interface; and (4) at least one image sensor captured picture stored in the local memory has been designated through the touch sensitive display as part of the group of image sensor-captured pictures to be uploaded to the picture hosting service.”<br><br>Structure: No structure disclosed sufficient for performing the functions claimed | |
| **“the device”**<br><br>(Claims 1-4 and 16 of the '761 Patent) | “The device” is “the camera system,” and is not indefinite. | Indefinite | “The device” is “the camera system,” and is not indefinite. |

8

| (Proposed by: CEV) | | | |
|---|---|---|---|

Case 6:24-cv-00270-AM-DTG    Document 56    Filed 05/12/25    Page 8 of 8

8